UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 11-20003-CR-MARTINEZ

UNITED STATES,

vs.

LATTERIO FERGUSON, et al.,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE BROWN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Defendant Latterio Ferguson's Motion to Suppress Statements (D.E. No. 88). The Magistrate Judge filed a Report and Recommendation **(D.E. No. 124)**. The Court has reviewed the entire file and record and notes that no objections have been filed. The parties did file a Stipulation wherein the Government and Defendant Ferguson agreed to certain facts, and the Government agreed to limit itself to the introduction of those statements summarized in the Report of Investigation dated January 25, 2011. *See* (D.E. No. 125). After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Brown's Report and Recommendation **(D.E. No. 124)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

Defendant Latterio Ferguson's Motion to Suppress Statements (D.E. No. 88) is **DENIED**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of April, 2011.

                                                      _____
                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record